Warrington Ice Company: W. C. Gorgas, D. J. Rumbough and Ernest Grossjohan, partners doing business as, Plaintiff in Error, vs. Escambia Fish Company: John Sheppard and Harry Kahn, surviving partners of the late firm, Defendant in Error.

Writ of error to Circuit Court Escambia county.

*John S. Beard and John C. Avery*, for Plaintiff in Error.

*Blount & Blount and Fred T. Myers*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error.

Writ of error dismissed on praecipe of counsel for plaintiff in error.